**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kevin W Castor | Social Security number or ITIN   xxx–xx–1294 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diane L. Castor | Social Security number or ITIN   xxx–xx–2885 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   11–42700–JNP

## Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin W Castor                                   Diane L. Castor

6/28/17                                          **By the court:** Jerrold N. Poslusny Jr.
                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin W Castor  
Diane L. Castor  
    Debtors

Case No. 11-42700-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jun 28, 2017  
                Form ID: 3180W    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.
```
db/jdb         +Kevin W Castor,    Diane L. Castor,    27 Dorset Ave.,    Millville, NJ 08332-4835
512525104       Capital One,    POB 260848,    Plano, TX 75026-0848
512749335      +Capital One Auto Finance,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
516795704      +Kevin W. & Diane L. Castor,    27 Dorset Avenue,    Millville, NJ 08332-4835
514127845     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                  Lewisville, TX 75067)
512525110      +Pressler & Pressler,    7 Entin rd.,    Parsippany, NJ 07054-5020
512525111       Proactiv,    PO Box 11448,    Des Moines, IA 50336-1448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2017 22:47:29     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2017 22:47:25     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
512809144      +EDI: BANKAMER.COM Jun 28 2017 22:28:00     BAC Home Loan Servicing, LP,    400 National Way,
                  Bankruptcy Department Mail Stop CA6-919-,    Simi Valley, CA 93065-6414
512655707      +EDI: OPHSUBSID.COM Jun 28 2017 22:28:00     BACK BOWL I LLC, SERIES C,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512525103       EDI: BANKAMER.COM Jun 28 2017 22:28:00     Bank of America,    POB 5170,
                  Simi Valley, CA 93062-5170
512655666      +EDI: OPHSUBSID.COM Jun 28 2017 22:28:00     CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
                  2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512525106       EDI: CITICORP.COM Jun 28 2017 22:28:00     Citi Cards,    PO Box 182564,
                  Columbus, OH 43218-2564
512662075      +EDI: AISACG.COM Jun 28 2017 22:28:00     Capital One Auto Finance,
                  c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
515126493      +EDI: AISACG.COM Jun 28 2017 22:28:00     Capital One Auto Finance, a division of Capital On,
                  P.O. Box 201347,    Arlington, TX 76006-1347
512525105       EDI: CAPITALONE.COM Jun 28 2017 22:28:00     Capital One Bank,    PO Box 71083,
                  Charlotte, NC 28272-1083
512648454       EDI: CAPITALONE.COM Jun 28 2017 22:28:00     Capital One Bank (USA), N.A. by American InfoSourc,
                  PO Box 71083,    Charlotte, NC 28272-1083
512525107       EDI: DISCOVER.COM Jun 28 2017 22:28:00     Discover,    PO Box 71084,    Charlotte, NC 28272-1084
512537237       EDI: DISCOVER.COM Jun 28 2017 22:28:00     Discover Bank,    DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH 43054-3025
512525108      +E-mail/Text: fggbanko@fgny.com Jun 28 2017 22:46:52     Forster, Garbus & Garbus,
                  7 Banta Place,    Hackensack, NJ 07601-5604
512525109       EDI: IIC9.COM Jun 28 2017 22:28:00     I.C. System Inc.,    444 Highway 96 East,    PO Box 64437,
                  St. Paul, MN 55164-0437
512803532       EDI: PRA.COM Jun 28 2017 22:28:00     Portfolio Recovery Associates, LLC,
                  c/o Citibank South Dakota, N.a.,    POB 41067,    Norfolk VA 23541
512525112      +E-mail/Text: rdkcollects@gmail.com Jun 28 2017 22:47:21     Receivables Management,
                  23800 W. Ten Mile Rd. Suite 140,    Southfield, MI 48033-3194
512525113       EDI: SEARS.COM Jun 28 2017 22:28:00     Sears Credit cards,    PO Box 183082,
                  Columbus, OH 43218-3082
                                                                                              TOTAL: 18
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514127846*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                  Lewisville, TX 75067,    Nationstar Mortgage, LLC,    350 Highland Drive,
                  Lewisville, TX 75067)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jun 28, 2017
                              Form ID: 3180W           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR HSBC BANK USA,
           NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE ELLINGTON LOAN ACQUISITION TRUST 2007-1,
           MORTGAGE PASS- THROUGH CERTIFICATES, SERIES 2007- bankruptcy@feinsuch.com
          Rhondi L. Schwartz    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           THE HOLDERS OF THE ELLINGTON LOAN ACQUISITION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES,
           SERIES 2007-1 njbankruptcynotifications@logs.com
          Terry   Tucker    on behalf of Debtor Kevin W Castor terrytucker@comcast.net
          Terry   Tucker    on behalf of Joint Debtor Diane L. Castor terrytucker@comcast.net
                                                                                             TOTAL: 7
```